UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Criminal No. 12-cr-90-01-SM

<u>Joel Gordan</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to November 2, 2012 at 4:30 p.m.; Trial is continued to the two-week period beginning November 14, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date:  August 30, 2012

cc:  Jonathan R. Saxe, Esq.
     Terry L. Ollila, Esq.
     U.S. Marshal
     U.S. Probation